CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/9/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

CLIFTON WILKINS, ET AL.,

                                    *Plaintiffs,*

                    v.

ENGLISH CONSTRUCTION COMPANY,
INC.,

                                    *Defendant.*

CASE NO. 6:24-CV-00059

ORDER

JUDGE NORMAN K. MOON

For the reasons stated in the contemporaneously filed Memorandum Opinion, English

Construction Company's motion to dismiss (Dkt. 10) is **GRANTED** to the extent the Court

declines to exercise jurisdiction under the Class Action Fairness Act.  Accordingly, Plaintiffs'

Amended Complaint is dismissed without prejudice subject to refiling in state court.

It is so ordered.

Entered this __9th__ day of March, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE